IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAYDEN JENNINGS MASON | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 2252A(a)(1), 2252A(a)(5)(A), 2252A(b)(1), and 2252A(b)(2) |

COUNT ONE

**Transportation of Child Pornography**

The Grand Jury Charges:

In or about October 2022, in the District of North Dakota,

HAYDEN JENNINGS MASON

did knowingly transport any child pornography, as defined in Title 18, United States Code, Section 2256(8), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(1) and 2252A(b)(1).

## COUNT TWO

**Possession of Materials Containing Child Pornography**

The Grand Jury Further Charges:

From in or about January 2021 until on or about January 10, 2023, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

### HAYDEN JENNINGS MASON

did knowingly possess any material, namely, a Samsung model SM-A205U1 cellular telephone, Serial Number R58M87ZV7CF, that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved prepubescent minors and minors that had not attained 12 years of age;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(A) and 2252A(b)(2).

## FORFEITURE NOTICE

Upon conviction of violating Title 18, United States Code, Section 2252A as charged in this Indictment,

HAYDEN JENNINGS MASON

shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped, and received in violation thereof and any and all property used and intended to be used in any manner and part to commit and to promote the commission of such violations, including, but not limited to, the following:

- One Samsung model SM-A205U1 cellular telephone, Serial Number R58M87ZV7CF.

By virtue of the commission of one or more of the felony offenses as charged in this Indictment, all right, title, and interest in the above-described property is vested in the United States and is hereby forfeited to the United States, pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

DLR/tmg